IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA FARLEY, | : | |
| Plaintiff(s), | : | Case No. 3:24-cv-172 |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |
| VILLAGE OF NEW LEBANON, et al. | : | |
| Defendant(s). | : | |

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. §636(b)(1)(A) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of overseeing the mediation process. Pursuant to the request of the parties, mediation is requested to be scheduled as soon as parties' schedules permit with Magistrate Judge Peter B. Silvain, Jr. appointed as Mediator.

Dated: January 10, 2025         *s/Thomas M. Rose*

                                Thomas M. Rose, Judge
                                United States District Court